## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF ARKANSAS (Harrison)

| | |
|---|---|
| IN RE: BILLY G. SCALLORN, | CASE NO. 3:22-bk-70129 |
| Debtor | CHAPTER 13 |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF NOTICE

PLEASE TAKE NOTICE that Kael K. Bowling and the law firm of Friday, Eldredge & Clark, LLP, represents CS Bank as a creditor herein.

The undersigned attorney and law firm hereby enters their appearance pursuant to § 1109 (b) of the Bankruptcy Code and Bankruptcy Rule 9010(b) and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b) and (f), and 3017(a). All such notices should be addressed as follows:

> Kael K. Bowling
> Friday, Eldredge & Clark, LLP
> 3350 S. Pinnacle Hills Parkway, Suite 301
> Rogers, AR 72758

PLEASE TAKE FURTHER NOTICE that, pursuant to § 1109 (b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopier or otherwise filed or served with regard to the above case and the proceedings therein.

This request is not intended to and does not constitute a waiver of personal or subject matter jurisdiction or any rights whatsoever that CS Bank has under the Federal Rules of Bankruptcy Procedure or Federal Rules of Civil Procedure, including, but not limited to, Federal Rule of Bankruptcy Procedure 7004 or Federal Rule of Civil Procedure 4

FEC/10090.3853/8745488.1-9/14/21

Respectfully submitted,

Kael K. Bowling, AR Bar 2016220
FRIDAY, ELDREDGE & CLARK, LLP
3350 S. Pinnacle Hills Parkway, Suite 301
Rogers, AR 72758
Office: 479-695-2118
kbowling@fridayfirm.com

By: */s/ Kael K. Bowling*
     Kael K. Bowling

*Counsel for CS Bank*

## CERTIFICATE OF SERVICE

    I, Kael K. Bowling, do hereby certify that a copy of the foregoing is being electronically filed with the Court and that all parties of record will receive a copy of same via the Court's electronic filing notification system (ECF) on this 10th day of February, 2022.

*/s/ Kael K. Bowling*
Kael K. Bowling