UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS

In re: Billy Scallorn   Case No.: 3:22-bk-70129
Debtor   Chapter 13

## MOTION TO EXTEND THE DEADLINE TO
## FILE CHAPTER 13 SCHEDULES AND PLAN

**COMES NOW** Billy Scallorn, ("Debtor") by and through his attorney, Matthew D. Mentgen, and for his Motion to Extend the Deadline to File Chapter 13 Schedules and Plan, states:

1. That this pending Chapter 13 case was filed on February 09, 2022 with deficient schedules and plan due on .

2. That Debtor needs an extension of time to ascertain the extent of his debts so that he may propose a reasonable settlement to his creditors.

3. That Debtor needs an extension of time to ascertain the extent of his income so that he may propose a reasonable settlement to his creditors.

**WHEREFORE**, Debtors prays that this Court grant his motion and allow him an additional fourteen (14) days to file his deficient schedules and plan.

Respectfully submitted,

/s/ Matthew D Mentgen
Matthew D. Mentgen  2008096
Attorney for Debtor
PO Box 164439
Little Rock, AR 72216
(501) 392-5662

**CERTIFICATE OF SERVICE**

   I, Matthew D. Mentgen, do hereby certify that a copy of the foregoing was delivered to , Chapter 13 Trustee by electronic transmission, today, February 23, 2022.

/s/ Matthew D. Mentgen
Matthew D. Mentgen
Attorney for Debtor
Ark Bar# 2008096
PO Box 164439
Little Rock, AR 72216
(501) 392-5662