# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| In re: Billy Scallorn | Case No.: 3:22-bk-70129 |
| Debtor | Chapter 13 |

## ORDER TO SHORTEN TIME TO OBJECT

**NOW BEFORE THE COURT** is the *Motion to Shorten Time to Object* to a *Motion to Extend the Automatic Stay*, filed by the Debtor, Billy Scallorn, on February 25, 2022. This Court finds that the Motion should be, and hereby is, **GRANTED**. Accordingly, this Court orders that the time to object to Debtor's *Motion to Extend the Automatic Stay* is hereby shortened to fourteen (14) days; **Any objection to the Debtor's *Motion to Extend the Automatic Stay* shall be filed with this Court on or before** March 11, 2022.

IT IS SO ORDERED

_____
Honorable Bianca M. Rucker
United States Bankruptcy Judge
Dated: 03/04/2022

Proposed order amended
by the Court

EOD: March 4, 2022