United States Bankruptcy Court
Western District of Arkansas

In re:  
Billy G Scallorn  
    Debtor

Case No. 22-70129-bmr  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0861-3    User: admin    Page 1 of 2  
Date Rcvd: Mar 04, 2022    Form ID: pdf08Ac    Total Noticed: 14

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Billy G Scallorn, 239 CR 426, Berryville, AR 72616-4778 |
| 5207818 | + | CS Bank, 907 W Trimble Ave, Berryville, AR 72616-4614 |
| 5207822 | + | Eureka Springs Hospital, 24 Norris St, Eureka Springs, AR 72632-3541 |
| 5207819 | + | First National Bank, 305-307 Public Square, Berryville, AR 72616-3998 |
| 5207820 | + | Jason Sheen, 8500 Mote Rd, Mountainburg, AR 72946-3822 |
| 5208581 | + | John B. Buzbee, 10201 West Markham, Suite 108, Little Rock, AR 72205-2180 |
| 5207821 | + | Springdale Emergency, 4600 Mercy Ln, Springdale, AR 72762-3070 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5207814 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 04 2022 19:24:32 | Capital One, PO Box 30275, Salt Lake City, UT 84130-0275 |
| 5207815 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 04 2022 19:24:32 | Credit One, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5207823 | | Email/Text: EBNBKNOT@ford.com | Mar 04 2022 19:14:00 | Ford Motor Credit, PO Box 62180, Colorado Springs, CO 809622180 |
| 5208582 | | Email/Text: EBNBKNOT@ford.com | Mar 04 2022 19:14:00 | Ford Motor Credit Company LLC, P.O. Box 62180, Colorado Springs, CO 80962-8096 |
| 5207817 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 04 2022 19:24:33 | Home Depot, PO Box 9001010, Louisville, KY 40290-1010 |
| 5210135 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 04 2022 19:24:32 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 5207816 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 04 2022 19:24:35 | Shop Your Way Mastercard, P.O. Box 6282, Sioux Falls, SD 57117-6282 |

TOTAL: 7

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

| | | |
|---|---|---|
| District/off: 0861-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 04, 2022 | Form ID: pdf08Ac | Total Noticed: 14 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2022                              Signature:         /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John Blume Buzbee | on behalf of Creditor Ford Motor Credit Company LLC john@nixonandlight.com  ronaee@nixonandlight.com |
| Joyce Bradley Babin | ecfmail@13ark.com |
| Kael Bowling | on behalf of Creditor CS Bank f/k/a Cornerstone Bank kbowling@fridayfirm.com eanderson@fridayfirm.com,cparedes@fridayfirm.com |
| Lindsey Emerson Raines | on behalf of Creditor CS Bank f/k/a Cornerstone Bank lraines@fridayfirm.com  jgarner@fridayfirm.com |
| Matthew D. Mentgen | on behalf of Debtor Billy G Scallorn matthew@mentgenlaw.com  matthew1962-80@forms.zohocreator.com |
| U.S. Trustee (ust) | USTPRegion13.LR.ECF@usdoj.gov Shari.Sherman@usdoj.gov;jackie.a.evatt@usdoj.gov;jill.p.eschbacher@usdoj.gov;mary.b.mansfield@usdoj.gov;kent.h.johnson@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| In re: Billy Scallorn | Case No.: 3:22-bk-70129 |
| Debtor | Chapter 13 |

## ORDER TO SHORTEN TIME TO OBJECT

**NOW BEFORE THE COURT** is the *Motion to Shorten Time to Object* to a *Motion to Extend the Automatic Stay,* filed by the Debtor, Billy Scallorn, on February 25, 2022. This Court finds that the Motion should be, and hereby is, **GRANTED**. Accordingly, this Court orders that the time to object to Debtor's *Motion to Extend the Automatic Stay* is hereby shortened to fourteen (14) days; **Any objection to the Debtor's *Motion to Extend the Automatic Stay* shall be filed with this Court on or before** March 11, 2022.

**IT IS SO ORDERED**

_____
Honorable Bianca M. Rucker
United States Bankruptcy Judge
Dated: 03/04/2022

Proposed order amended
by the Court

EOD: March 4, 2022