Form nhrg

# UNITED STATES BANKRUPTCY COURT

Western District of Arkansas

In Re: Billy G Scallorn
Debtor

Case No.: 3:22–bk–70129
Chapter: 13
Judge: Bianca M Rucker

PLEASE TAKE NOTICE that a Hearing has been scheduled before Judge Bianca M Rucker at

U.S. Federal Building, 35 E. Mountain St., 4th Floor, Room 416, Fayetteville, AR 72701

on 5/18/22 at 09:00 AM

to consider and act upon the following:

*47* – Motion to Dismiss Bankruptcy Case Filed by Lindsey Emerson Raines on behalf of CS Bank f/k/a Cornerstone Bank (Raines, Lindsey)

Attorneys are directed to contact the Courtroom Deputy as soon as possible prior to hearing if this matter will require more than 15 minutes to be heard.

If you will be introducing exhibits, please bring a copy for the staff attorney.

If a matter scheduled for hearing by this notice is a contested matter under Fed. R. Bankr. P. 9014, parties are hereby notified, in accordance with Fed. R. Bankr. P. 9014(e), that the scheduled hearing will be an evidentiary hearing at which witnesses may testify.

Dated: 4/13/22

Linda McCormack, Clerk
By:
Angie R. Carter
Deputy Clerk